339 A.2d 760

**In re Raymond MARTORANO.**

**Appeal of the COMMONWEALTH.**

Supreme Court of Pennsylvania.

Argued May 8, 1975.

Decided July 7, 1975.

Walter M. Phillips, Jr., Deputy Atty. Gen., Mark A. Klugheit, Asst. Atty. Gen., Philadelphia, for appellant.

Paul D. Sulman, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the Superior Court is reversed, 231 Pa. Super. 395, 332 A.2d 534. The order of the Court of Common Pleas of Philadelphia finding appellee in contempt of court is reinstated. Opinions to follow.

MANDERINO, J., did not participate in the consideration or decision of this case.